*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
GROSS, de GROOT, and SLABBEKORN
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Aiden D. KURKCU**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202400269**

———————————

Decided: 12 August 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
John P. Norman

Sentence adjudged 21 June 2022 by a special court-martial tried at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for forty-five days, forfeiture of $1,000.00 pay per month for three months.[1]

For Appellant:
*Lieutenant Tyler J. Aagard, JAGC, USN*

---

[1] Appellant was credited with have served 49 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2] However, we note the Entry of Judgment does not list the dates of Appellant's offenses.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceedings.[4] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Wadaa*, 84 M.J. 652, 655 (N-M Ct. Crim. App. 2024).

[4] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400269 |
| **v.** | **ENTRY**<br>**OF**<br>**JUDGMENT** |
| **Aiden D. KURKCU**<br>**Private First Class (E-2)**<br>**U.S. Marine Corps**<br>*Accused* | *As Modified on Appeal*<br><br>**12 August 2025** |

On 21 June 2022, the Accused was tried at Marine Corps Base Camp Pendleton, California, by a special court-martial, consisting of a military judge sitting alone. Military Judge John P. Norman, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge:** Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** Wrongful use of Marijuana on or about 23 February 2022.

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 2:** **Wrongful use of Marijuana on or about 2 April 2022.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

## SENTENCE

On 21 June 2022, a military judge sentenced Private First Class Kurkcu to the following:

**Forfeiture of $1,000.00 pay per month for three months.**

**Confinement for a total of forty-five days.**

*For Specification 2 of the Charge: confinement for forty-five days.*

**Reduction to pay grade E-1.**

*Private First Class Kurkcu was credited with 49 days of confinement credit.*

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

2